*State, Respondent, v. Anderson, Petitioner*, No. 93432-1. Petition for review of a decision of the Court of Appeals, No. 33141-5-III, June 21, 2016, 194 Wn. App. 1040. *Denied* December 7, 2016.

*State, Respondent, v. Ho, Petitioner*, No. 93435-5. Petition for review of a decision of the Court of Appeals, No. 72497-5-I, June 27, 2016, 194 Wn. App. 1042. *Denied* December 7, 2016.

*Delex Inc., Respondent, v. Sukhoi Civil Aircraft Co., Petitioner*, No. 93436-3. Petition for review of a decision of the Court of Appeals, No. 73068-1-I, April 18, 2016, 193 Wn. App. 464. *Denied* December 7, 2016.

*In re Det. of Hancock*, No. 93441-0. Petition for review of a decision of the Court of Appeals, No. 47336-4-II, June 28, 2016, 194 Wn. App. 1045. *Denied* December 7, 2016.

*State, Respondent, v. Fannon, Petitioner*, No. 93442-8. Petition for review of a decision of the Court of Appeals, No. 47528-6-II, June 28, 2016, 194 Wn. App. 1045. *Denied* December 7, 2016.

*State, Respondent, v. Rife, Petitioner*, No. 93447-9. Petition for review of a decision of the Court of Appeals, No. 46638-4-II, June 1, 2016, 194 Wn. App. 1016. *Denied* December 7, 2016.

*Newlun et al., Petitioners, v. Sucee et al., Respondents*, No. 93449-5. Petition for review of a decision of the Court of Appeals, Nos. 72642-1-I and 72841-5-I, May 23, 2016, 194 Wn. App. 1008. *Denied* December 7, 2016.

*In re Marriage of Patten*, No. 93460-6. Petition for review of a decision of the Court of Appeals, No. 73651-5-I, June 6, 2016, 194 Wn. App. 1021. *Denied* December 7, 2016.